Frank E. Schimaneck, Esq. (SBN 73912)  
Susan E. Foe, Esq. (SBN 148730)  
Roger A. Agen, Esq. (SBN 114609)  
DRYDEN, MARGOLES, SCHIMANECK & WERTZ  
A Law Corporation  
505 Sansome Street, Sixth Floor  
San Francisco, California 94111  
Telephone:    (415) 362-6715  
Facsimile:     (415) 362-0638  

*E-FILED 10-27-2010*

Attorneys for Defendant  
SAFWAY SERVICES, LP  
(formerly known as THYSSENKRUPP SAFWAY, INC.,  
and, erroneously sued as Thyssen Krupp Safeway, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**(San Jose Division)**

| | |
|---|---|
| BONIFACIO CARRERA,<br><br>    Plaintiff,<br><br>v.<br><br>THYSSEN KRUPP SAFEWAY, INC. and DOES 1 to 100, inclusive,<br><br>    Defendants. | No. C09 02672 JW HRL<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED ANSWER TO CORRECT/SUBSTITUTE NAME OF DEFENDANT THYSSENKRUPP SAFWAY, INC. TO SAFWAY SERVICES LP<br><br>Complaint filed: May 13, 2009<br><br>**[Re:   Docket No. 24]** |

Upon reading the stipulation of the parties to Amend Answer to Correct/ Substitute Name of Defendant Thyssenkrupp Safway, Inc. to Safway Services LP, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1) Defendant ThyssenKrupp Safway, Inc., may amend its answer to correct/substitute the name of Safway Services, LP.

2) Defendant shall file its amended answer as set forth in Exhibit A to its stipulation.

**IT IS SO ORDERED.**

DATED:   October 27, 2010

_____  
The Honorable Howard R. Lloyd  
United States District Court Magistate Judge

DRYDEN, MARGOLES, SCHIMANECK & WERTZ  
505 SANSOME STREET  
SIXTH FLOOR  
SAN FRANCISCO, CALIFORNIA 94111  
(415) 362-6715

[PROPOSED] ORDER GRANTING LEAVE TO FILE AMENDED ANSWER TO CORRECT/SUBSTITUTE NAME OF DEFENDANT THYSSENKRUPP SAFWAY, INC. TO SAFWAY SERVICES LP  
*Carrera, Bonifacio vs. Thyssen Krupp Safeway, et al*, USDC, Northern District Action No. C09 02672 JW HRL