**\*E-FILED 02-17-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BONIFACIO CARRERA, | No. C09-02672 HRL |
| Plaintiff, | **ORDER REFERRING PARTIES TO MAGISTRATE JUDGE GREWAL FOR A SETTLEMENT CONFERENCE** |
| v. | |
| THYSSEN KRUPP SAFEWAY, INC. and DOES 1-100, | |
| Defendants. | |

The parties previously were referred to Magistrate Judge Trumbull for a settlement conference to be conducted prior to the March 15, 2011 final pretrial conference. (Docket No. 29). Magistrate Judge Trumbull having retired at the end of last year, the parties are now referred to Magistrate Judge Grewal for the same purpose.

SO ORDERED.

Dated:   February 17, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | 5:09-cv-02672-HRL Notice has been electronically mailed to:

2 | Frank Edward Schimaneck    feschimaneck@drydenlaw.com, llbenson@drydenlaw.com, lpnewman@drydenlaw.com, sefoe@drydenlaw.com

3 | Gerald Herbert Scher    geraldscher@sbcglobal.net, chaparita30@sbcglobal.net, marysanchez1970@yahoo.com

5 | Roger Arne Agen    raagen@drydenlaw.com

6 | Susan E. Foe    sefoe@drydenlaw.com, llbenson@drydenlaw.com, rbalinton@drydenlaw.com

7 | William John Armstrong    barmstrong@acs-lawfirm.com

8 | Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California