**United States District Court**
For the Northern District of California

1

2                                          **\*E-FILED 04-28-2011\***

3

4

5

6

7                                  NOT FOR CITATION

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   BONIFACIO CARRERA,                          No. C09-02672 HRL

12              Plaintiff,                        **ORDER (1) GRANTING IN PART AND
                                                  DENYING IN PART DEFENDANT'S**
13        v.                                      **MOTION TO STRIKE; AND (2) RE-
                                                  SETTING DEADLINES**
14   THYSSEN KRUPP SAFEWAY, INC. and
     DOES 1 to 100, inclusive,
15                                                **[Re:   Docket No. 61]**
              Defendant.
16
     _____/
17

18         Defendant previously moved to strike plaintiff's expert designations.  Although

19   plaintiff's prior disclosures were admittedly late and did not provide all the information

20   required by Fed. R. Civ. P. 26, this court, in the exercise of its discretion, denied the motion and

21   gave plaintiff until March 21, 2011 in which to submit expert disclosures that complied with

22   Fed. R. Civ. P. 26(a)(2).  (See Docket No. 59).

23         Defendant now moves to strike plaintiff's March 21 expert disclosures because (1) the

24   disclosure served by fax on March 21 did not contain a written report; (2) defendant received a

25   written report (by mail) on March 23; and (3) that written report merely is a verbatim copy of

26   the written report plaintiff served with his prior disclosure of Daniel Fleming—the only

27   difference being that another purported expert, James Flynn, has added his signature to it.

28   Plaintiff has not filed an opposition to the motion.  The matter is deemed suitable for

United States District Court

For the Northern District of California

1  determination without oral argument, and the May 3, 2011 hearing is vacated.  Civ. L.R. 7-1(b).

2  Upon consideration of the moving papers, this court rules as follows:

3  Although defendant did not receive the written report until March 23, the court finds

4  that defendant was not seriously prejudiced by the two-day delay.  Nevertheless, the court also

5  finds that plaintiff did not comply with Fed. R. Civ. P. 26 by having Flynn simply add his

6  signature to the report prepared by Fleming.  See Fed. R. Civ. P. 26(a)(2)(B).  Moreover, at the

7  motion hearing on defendant's prior motion to strike, plaintiff indicated to the court that he

8  intended to proceed only with Fleming.  Accordingly, defendant's motion to strike is granted as

9  to Flynn and denied as to Fleming.

10  Defendant shall have until **May 20, 2011** to serve rebuttal expert reports, if any.

11  The expert discovery cutoff is extended to **June 20, 2011**.

12  The last date to hear motions re experts or expert disclosures (including any motions

13  under Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993)) is re-set for **August**

14  **9, 2011, 10:00 a.m.**

15  All other deadlines set in the court's March 8, 2011 Order (Docket No. 59) remain

16  unchanged.

17  SO ORDERED.

18  Dated:     April 28, 2011

19  _____

20  HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2

1   5:09-cv-02672-HRL Notice has been electronically mailed to:

2   Frank Edward Schimaneck      feschimaneck@drydenlaw.com, llbenson@drydenlaw.com,
    lpnewman@drydenlaw.com, sefoe@drydenlaw.com

3

4   Gerald Herbert Scher      geraldscher@sbcglobal.net, chaparita30@sbcglobal.net,
    marysanchez1970@yahoo.com

5   Roger Arne Agen      raagen@drydenlaw.com

6   Susan E. Foe      sefoe@drydenlaw.com, llbenson@drydenlaw.com, rbalinton@drydenlaw.com

7   William John Armstrong      barmstrong@acs-lawfirm.com

8   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28